UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-23818-CIV-RUIZ-BECERRA

Tristan Craig, on behalf of herself and all others similarly situated,

Plaintiff,

- against -

Nova Southeastern University,

Defendant.

**PLAINTIFF'S NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3 and 4, and 28 U.S.C. §1294, notice is hereby given that Plaintiff Tristan Craig, on behalf of herself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from both the Order Granting in Part and Denying in Part Plaintiff's Motion to Lift Stay and Motion for Leave to File First Amended Complaint (ECF No. 26) entered on August 3, 2022[1] and the Order Granting Motion to Dismiss (ECF No. 38) entered on May 23, 2023, which were both entered by Hon. Rodolfo A. Ruiz II in the United States District Court for the Southern District of Florida.

---

[1] Plaintiff preserved her right to appeal the Court's August 3, 2022 Order in her Amended Class Action Complaint (ECF No. 28) at n.1.

|  |  |
|---|---|
| Dated: June 22, 2023 | Respectfully submitted, |

**LYNCH CARPENTER, LLP**

*/s/ Nicholas A. Colella*
Nicholas A. Colella (FL Bar No. 1002941)
Gary F. Lynch
Edward W. Ciolko (admitted *Pro Hac Vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
nickc@lcllp.com
gary@lcllp.com
eciolko@lcllp.com

**LEEDS BROWN LAW, P.C.**
Michael A. Tompkins, Esq.
Anthony M. Alesandro, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514
mtompkins@leedsbrownlaw.com
aalesandro@leedsbrownlaw.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

/s/ Nicholas A. Colella
Nicholas A. Colella

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Craig, et al. v. Nova Southeastern University, Inc.*
Case No. 1:20-23818-CIV-RUIZ-BECERRA

Mendy Halberstam, Esq.
Florida Bar No. 68999
Email: mendy.halberstam@jacksonlewis.com
Stephanie L. Adler-Paindiris, Esq.
Florida Bar No. 0523283
Email: stephanie.adler-paindiris@jacksonlewis.com
Allison Gluvna Folk, Esq.
Florida Bar No. 041075
Email: allison.folk@jacksonlewis.com
David Z. Feingold, Esq.
Florida Bar No. No. 1025155
Email: david.feingold@jacksonlewis.com
**JACKSON LEWIS P.C.**
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

**LYNCH CARPENTER, LLP**
Nicholas A. Colella (FL Bar No. 1002941)
Gary F. Lynch
Edward W. Ciolko (admitted *Pro Hac Vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
nickc@lcllp.com
gary@lcllp.com
eciolko@lcllp.com

**LEEDS BROWN LAW, P.C.**
Michael A. Tompkins, Esq.
Anthony M. Alesandro, Esq.
One Old Country Road, Suite 347
Carle Place, NY 11514
mtompkins@leedsbrownlaw.com
aalesandro@leedsbrownlaw.com

*Counsel for Plaintiff and the Putative Class*